[No. 69639-4-I.   Division One.   February 18, 2014.]

GRANDVIEW NORTH, LLC, *Appellant*, v. THE CITY OF
BURLINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 11-2-00813-7, John M. Meyer, J., entered Sep-
tember 20, 2012. *Affirmed* by unpublished opinion per Cox,
J., concurred in by Grosse and Schindler, JJ.

[No. 69652-1-I.   Division One.   February 18, 2014.]

MATTHEW N. ORTEGA ET AL., *Appellants*, v. NORTHWEST TRUSTEE
SERVICES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 09-2-11809-2, Eric Z. Lucas, J., entered
November 5, 2012. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Spearman, A.C.J., and
Schindler, J.

[No. 69791-9-I.   Division One.   February 18, 2014.]

WASHINGTON FEDERAL, *Appellant*, v. LANCE HARVEY ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 12-2-02123-4, Eric Z. Lucas, J., entered
January 3, 2013. *Reversed* and *remanded* by unpublished
opinion per Cox, J., concurred in by Becker and Lau, JJ.

[No. 30815-4-III.   Division Three.   February 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHEN LEE
BENNETT, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 10-1-01797-1, Robert Lawrence-Berrey, J., en-
tered April 13, 2012. *Affirmed* by unpublished opinion per
Korsmo, C.J., concurred in by Brown and Siddoway, JJ. Now
partially published at 180 Wn. App. 484.